# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, ETC. ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | C.A. 08-1730 |
| CLOSETMAID CORPORATION, ET AL. ) | |
| ) | |
| ) | |
| Defendant ) | |

HEARING ON  TELEPHONE STATUS CONFERENCE

Before  JUDGE GARY L. LANCASTER

JAMES PIETZ, ESQ.  
CHRISTOPHER NORTH, ESQ.

MARIA DANAHER, ESQ.

Appear for Plaintiff          Appear for Defendant

Hearing Begun  4/2/09 @ 10:02 AM        Hrg Adjourned to

Hrg concluded C.A.V. 4/2/09 @ 10:10 AM     Stenographer  NONE

**WITNESSE**

For Plaintiff                For Defendant