UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| R. CATHY REARDON, | ) |
| On behalf of herself and all similarly situated individuals | ) ) ) |
| | ) NO.: 2:08-cv 1730GLL |
| Plaintiffs, | ) Hon. Judge Gary Lancaster |
| v. | ) |
| CLOSETMAID CORPORATION And EMERSON ELECTRIC CO., | ) ) Class Action |
| Defendants. | ) Electronically Filed |

**STIPULATION AND NOTICE OF DISMISSAL AS TO EMERSON ELECTRIC CO.**

The Parties, by their undersigned counsel, hereby stipulate as follows pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

1. The Plaintiff, R. Cathy Reardon has asserted claims against both ClosetMaid Corp. and Emerson Electric Co. arising under the Fair Credit Reporting Act in a First Amended Class Action Complaint;

2. Emerson Electric Co. denies all allegations of wrongful conduct as asserted in the Complaint, denies any liability in the Action, and denies that Plaintiff is entitled to any relief;

3. On September 9, 2009, the Court established a briefing schedule on a motion for summary judgment to determine whether the Plaintiff has standing to sue Emerson;

4. The Parties have further conferred on this matter and, as a result, Plaintiff, hereby agrees to voluntarily dismiss without prejudice the above-referenced claims against Emerson Electric Co., and its affiliated entities, other than ClosetMaid Corp.; and

5. Each party shall bear its own costs and attorneys' fees with respect to the issue of Emerson, and its affiliates other than ClosetMaid Corp., as a proper party to this actions.

Dated: October 6, 2009

/s/ James M. Pietz
James M. Pietz, Esquire
PIETZ LAW OFFICES
304 Ross Street, Suite 700
Pittsburgh, OA 15219
412-288-4333
jpietz@jpietzlaw.com

*Attorney for Plaintiff*


/s/ Maria Greco Danaher
Maria Greco Danaher, Esq.
PA Bar No. 47036

/s/ Thomas A. Smock
Thomas A. Smock, Esq.
PA Bar No. 20203

OGLETREE DEAKINS, PC
Four Gateway Center, Suite 400
444 Liberty Avenue
Pittsburgh, PA 15222

*Attorneys for Defendant*

SO ORDERED. this 9th day of October 2009

Gary L. Lancaster. Chief U.S. District Judge