IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, *on her behalf and all similarly situated individuals*, ) ) ) ) | Civil Division ) No. 2:08-cv-01730 ) |
| Plaintiff, ) ) | Judge Gary L. Lancaster ) |
| v. ) ) | ***Electronically Filed*** |
| CLOSETMAID CORPORATION and EMERSON ELECTRIC CO., ) ) ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this 9TH day of MARCH, 2010, upon consideration of the parties' **JOINT MOTION TO POSTPONE STATUS CONFERENCE**, it is hereby ORDERED, ADJUDGED and DECREED, that said Joint Motion is GRANTED and the status conference is scheduled for 4:30 p.m. on March 30, 2010.

BY THE COURT:

_Gary L. Lancaster_