UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| R. CATHY REARDON<br>On behalf of herself and all<br>similarly situated individuals, | )<br>)<br>)<br>) | |
| Plaintiffs, | ) | NO. 2:08cv1730GLL |
| v. | ) | |
| CLOSETMAID CORPORATION | )<br>) | Hon. Chief Judge Gary Lancaster |
| | ) | **Class Action** |
| Defendant**.** | ) | **Electronically Filed** |

**REPRESENTATIVE PLAINTIFF'S APPENDIX OF EXHIBITS IN SUPPORT OF THE MOTION FOR CLASS CERTIFICATION**

| | |
|---|---|
| James M. Pietz<br>Pa I.D. No. 55406<br>Pietz Law Office LLC<br>Mitchell Building<br>304 Ross Street, Suite 700<br>412-288-4333<br>jpietz@jpietzlaw.com | Leonard A. Bennett, Esq.<br>Consumer Litigation Associates<br>12515 Warwick Boulevard<br>Newport News, Va. 23606<br>(757) 930-3660<br>lenbennett@clalegal.com<br><br>Christopher North. Esq.<br>751-A Thimble Shoals Blvd.<br>Newport News, Va  23606<br>(757)-873-1010<br><br>*COUNSEL FOR THE REPRESENTATIVE PLAINTIFF* |

.

**TABLE OF CONTENTS**

| | |
|---|---|
| Exhibit A | FTC Staff Opinion Letter- Hauxwell |
| Exhibit B | FTC Staff Opinion Letter - Leathers |
| Exhibit C | FTC Staff Opinion Letter- Hawkey |
| Exhibit D | Beverly v. Walmart |
| Exhibit E | Williams v. Telespectrum |
| Exhibit F | FTC Staff Opinion Letter-Weisberg |
| Exhibit G | Deposition of Catherine Beal with excerpted deposition exhibits |
| Exhibit H | Stipulation of the Parties |
| Exhibit I | Declaration Of Christopher North |
| Exhibit J | Defendant's Response To Plaintiffs' First Of Discovery Requests |
| Exhibit K | Calendar December 2006 |
| Exhibit L | Declaration Of James M. Pietz |
| Exhibit M | Declaration Of Len Bennett |
| Exhibit N | Declaration Of Christopher North |