# Exhibit H

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

**R. CATHY REARDON,**

|  |  |  |
|---|---|---|
| On behalf of herself and all similarly situated individuals . | ) ) ) ) ) | **NO.: 2:08-cv 1730GLL** |
| **Plaintiffs,** | ) ) | Hon. Judge Gary Lancaster |
| **v.** | ) ) |  |
| **CLOSETMAID CORPORATION** **And EMERSON ELECTRIC CO.,** | ) ) ) | **Class Action** |
| **Defendants.** | ) ) | **Electronically Filed** |

**STIPULATION**

The Parties, by their undersigned counsel, hereby stipulate as follows:

1.  Pursuant to Fed.R.Civ.P. 29 and 30(b)(7),  the Parties hereby stipulate that the continued deposition of ClosetMaid Corporation will be taken by telephone.

2.  The deponent and the court reporter shall be located at the offices of ClosetMaid in Ocala, Florida.  Counsel for ClosetMaid may also appear in person at the offices of ClosetMaid.  Plaintiffs' Counsel shall call in by telephone over a conference line to the Ocala Florida location.

3.  The Parties further recognize that the deadline for discovery in this action is July 28, 2010, but further stipulate that the continued deposition of ClosetMaid may be undertaken and completed after this deadline

4.  The Parties further understand and have agreed, to alleviate burden, that Plaintiff will not at this time pursue production of the names, addresses, applications, employment or

personal files or other related documents of persons within the putative class as requested by

Plaintiffs in discovery.  The Parties stipulate that this agreement to defer the production of such

information shall be without prejudice to Plaintiff's right to request such information in the

event the Court grants Plaintiff's Motion For Class Certification.

Dated:  July 26, 2009

/s/  James M. Pietz
James M. Pietz, Esquire
PIETZ LAW OFFICES
304 Ross Street, Suite 700
Pittsburgh, OA 15219
412-288-4333
jpietz@jpietzlaw.com

*Attorney for Plaintiff*


/s/  Thomas Smock, Esq.
Maria Greco Danaher, Esq.
PA Bar No. 47036
OGLETREE DEAKINS, PC
Four Gateway Center, Suite 400
444 Liberty Avenue
Pittsburgh, PA 15222

*Attorneys for Defendant*