# Exhibit K

# Calendar for December 2006 (United States)

## December

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     | 1   | 2   |
| 3   | 4   | 5   | 6   | 7   | 8   | 9   |
| 10  | 11  | 12  | 13  | 14  | 15  | 16  |
| 17  | 18  | 19  | 20  | 21  | 22  | 23  |
| 24  | 25  | 26  | 27  | 28  | 29  | 30  |
| 31  |     |     |     |     |     |     |

**Phases of the moon:** 4:◯ 12:◐ 20:● 27:◑

**Holidays and Observances:** 24: Christmas Eve, 25: Christmas Day

Copyright © Time and Date AS 1995–2010. All rights reserved. About us | Advertising | Disclaimer | Privacy