IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, on behalf of herself and all similarly situated individuals,  )<br>)<br>Plaintiff,                   )<br>)<br>        v.                         )<br>)<br>CLOSETMAID CORPORATION,      )<br>)<br>Defendant.                  ) | Civil Action No. 08-1730<br><br>Judge Gary L. Lancaster<br><br>**ELECTRONIC FILING** |

## JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION TO MOTION FOR CLASS CERTIFICATION

Plaintiff R. Cathy Reardon and Defendant ClosetMaid Corporation, by and through their undersigned counsel, hereby stipulate and agree as follows:

On March 30, 2010, this Court ordered, among other things, that Defendant's Response in Opposition to Plaintiff's Motion for Class Certification be filed on October 28, 2010. The parties have conferred and hereby agree and stipulate that Defendant shall have a brief extension of time, until Monday, November 1, 2010, to file its Response in Opposition to Plaintiff's Motion for Class Certification.

Respectfully Submitted:
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

***/s/ W. Scott Hardy***
W. Scott Hardy, Esq.
PA I.D. No. 79225
scott.hardy@ogletreedeakins.com

Philip K. Kontul, Esq.
PA I.D. No. 94156
philip.kontul@ogletreedeakins.com

Four Gateway Center
444 Liberty Avenue, Suite 400
Pittsburgh, PA 15222-1237
Telephone: (412) 394-3352
Facsimile: (412) 232-1799
Counsel for Defendants


**PIETZ LAW OFFICE, LLC**

***/s/ James M. Pietz***
James M. Pietz, Esq.
PA I.D. No. 55406
jpietz@pietzlaw.com
Mitchell Building
304 Ross Street, Suite 700
Pittsburgh, PA 15219
Telephone: (412) 288-4333
Facsimile: (412) 288-4334

Christopher North, Esq.
Admitted *pro hac vice*
751-A Thimble Shoals Blvd.
Newport News, VA 23606
Telephone: (757) 873-1010
Counsel for Plaintiff

Dated: October 28, 2010

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION TO MOTION FOR CLASS CERTIFICATION was filed electronically on October 28, 2010.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ W. Scott Hardy*
Counsel for Defendants