IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, on behalf of herself and all similarly situated individuals,<br><br>            Plaintiff,<br><br>       v.<br><br>CLOSETMAID CORPORATION,<br><br>            Defendant. | )<br>)<br>)    Civil Action No. 08-1730<br>)<br>)    Judge Gary L. Lancaster<br>)<br>)    **ELECTRONIC FILING**<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

Please enter the appearance of Philip K. Kontul, W. Scott Hardy and Ogletree, Deakins, Nash, Smock & Stewart, P.C. on behalf of Closetmaid Corporation, Defendant in the above-captioned matter.

          Respectfully Submitted:
          **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

          ***/s/ Philip K. Kontul***
          Philip K. Kontul, Esq.
          PA I.D. No. 94156
          philip.kontul@ogletreedeakins.com

          W. Scott Hardy, Esq.
          PA I.D. No. 79225
          scott.hardy@ogletreedeakins.com

          Four Gateway Center
          444 Liberty Avenue, Suite 400
          Pittsburgh, PA  15222-1237
          Telephone: (412) 394-3352
          Facsimile: (412) 232-1799
          Counsel for Defendants

Dated:  October 28, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing ENTRY OF APPEARANCE was filed electronically on October 28, 2010.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Philip K. Kontul*
Counsel for Defendants