IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, on behalf of herself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CLOSETMAID CORPORATION,<br><br>Defendant. | Civil Action No. 08-1730<br><br>Judge Gary L. Lancaster<br><br>**ELECTRONIC FILING** |

## JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION TO MOTION FOR CLASS CERTIFICATION

Plaintiff R. Cathy Reardon and Defendant ClosetMaid Corporation, by and through their undersigned counsel, hereby stipulate and agree as follows:

On March 30, 2010, this Court ordered, among other things, that Defendant's Response in Opposition to Plaintiff's Motion for Class Certification be filed on October 28, 2010. The parties have conferred and hereby agree and stipulate that Defendant shall have a brief extension of time, until Monday, November 1, 2010, to file its Response in Opposition to Plaintiff's Motion for Class Certification.

SO ORDERED, this 28th day of October, 2010.

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge