UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| **R. CATHY REARDON,** | ) | |
| On behalf of herself and all similarly situated individuals | ) ) ) | **NO.: 2:08-cv 1730GLL** |
| **Plaintiffs,** | ) ) | Hon. Judge Gary Lancaster |
| v. | ) ) | |
| **CLOSETMAID CORPORATION And EMERSON ELECTRIC CO.,** | ) ) ) | **Class Action** |
| **Defendants.** | ) | **Electronically Filed** |

**ORDER FOR LEAVE TO FILE REPLY MEMORANDUM IN
SUPPORT OF CLASS CERTIFICATION**

AND NOW, this 23 day of November, 2010, upon consideration of the Motion For Leave To File A Reply Memorandum In Support Of Class Certification, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby GRANTED and Plaintiff may file the Reply Memorandum In Support Of Class Certification.

_____
Honorable Gary L. Lancaster,
Chief United States District Judge