# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, ETC. ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | C.A. 08-1730 |
| CLOSETMAID CORPORATION ) | |
| ) | |
| Defendant ) | |

**HEARING ON**  CLASS CERTIFICATION

Before  CHIEF JUDGE GARY L. LANCASTER

| | |
|---|---|
| JAMES PIETZ, ESQ. | SCOTT HARDY, ESQ. |
| LEONARD BENNETT, ESQ. | THOMAS SMOCK, ESQ. |
| CHRISTOPHER NORTH, ESQ. | |
| Appear for Plaintiff | Appear for Defendant |

| | |
|---|---|
| Hearing Begun  1/4/11 @ 2:01 PM | Hrg Adjourned to |
| Hrg concluded C.A.V.  1/4/11 @ 2:37 PM | Stenographer  VIRGINIA PEASE |

**WITNESS**

| For Plaintiff | For Defendant |
|---|---|
| Argument on Motions for Class Certification [documents #34 & #46] taken under advisement | |