IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, on behalf of herself and all similarly situated individuals, ) ) | |
| Plaintiffs, ) ) | Civil Action No. 08-1730 |
| vs. ) ) ) | Judge Gary L. Lancaster |
| CLOSETMAID CORPORATION, ) ) | ELECTRONICALLY FILED |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this 31st day of May, 2011, upon consideration of Defendant's Motion for Leave to File a Response to Plaintiff's Proposed Plan and Form of Class Action Notice, the Motion is hereby GRANTED and it is ORDERED that Defendant may file a response, within fourteen days of the date of this Order.

BY THE COURT:

_____

10351459.1 (OGLETREE)