IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, on behalf of herself and all similarly situated individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>CLOSETMAID CORPORATION,<br><br>    Defendant. | Civil Action No. 08-1730<br><br>Judge Gary L. Lancaster<br><br>ELECTRONICALLY FILED |

## ORDER OF COURT

AND NOW, this 24th day of June, 2011, upon consideration of Defendant's Second Unopposed Motion for Extension of Time File a Response to Plaintiff's Proposed Plan and Form of Class Action Notice, the Motion is hereby GRANTED and it is ORDERED that the time for Defendant to file a response to Plaintiff's Proposed Plan and Form of Class Notice is extended until fourteen (14) days from the date of this Order unless the parties reach agreement on a Stipulated Proposed Plan and Form of Class Action Notice on or before that date.

BY THE COURT:

_/s/ Gary L. Lancaster_