# Exhibit A

*A court authorized this notice.  This is not a solicitation from a lawyer.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh Division**

R. CATHY REARDON, *on behalf of*
*Herself and all similarly situated individuals,*

         **Plaintiffs,**

                      CASE NO. 2:08cv01730

CLOSETMAID CORPORATION,

         **Defendant.**

# NOTICE OF CLASS ACTION LAWSUIT
# Your have received this notice because Closetmaid Corporation obtained your consumer report (background check) for an employment purpose between December 19, 2006 and the date of this Notice.  A class action lawsuit may affect your rights.

- R. Cathy Reardon ("Plaintiff") is a consumer who has sued Closetmaid Corporation ("Closetmaid") alleging violations of the Fair Credit Reporting Act (the "FCRA").

- The Plaintiff in this lawsuit has alleged that Closetmaid violated the FCRA for two reasons:  (a.) by failing to provide a proper legal disclosure informing her that her background check would be used, and (b.) that it failed to provide her a copy of the background check and a disclosure of her rights before it made a negative employment decision against her.

- The Court has allowed the lawsuit to be pursued as a class action on behalf of two groups of persons.  The first group (the "Disclosure Class") includes everyone about whom Closetmaid obtained and used an employment consumer report during the class period.

- The second group (the "Pre Adverse Action Sub-Class) includes all of those persons in the Disclosure Class against whom Closetmaid then took an adverse employment action (e.g. terminated employment or failed to hire).

- Closetmaid's records identify you as a member of [ONLY THE DISCLOSURE CLASS] [BOTH THE DISCLOSURE CLASS AND THE PRE ADVERSE ACTION SUB-CLASS].

- The Court has not decided whether Closetmaid did anything wrong. There is no money available now, and there is no guarantee that there will be. However, your legal rights are affected, and you have a choice to make now:

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **DO NOTHING** | **Stay in this lawsuit. Await the outcome. Give up certain rights.** By doing nothing, you may get money or benefits that may possibly come from a trial or a settlement. But, you give up any rights to sue Closetmaid separately about the same legal claims in this lawsuit. |
| **ASK TO BE EXCLUDED** | **Get out of this lawsuit. Get no benefits from it. Keep your rights.** If you ask to be excluded and then money or benefits are later awarded, you won't share in those. But, you keep any rights to sue Closetmaid separately about the same legal claims in this lawsuit that you otherwise would have had. |

- Your options are explained in this notice. To ask to be excluded, you must act before **[date]**.

- Lawyers must prove the claims against Closetmaid at a trial set to start **[date]**. If any money or benefits are obtained from Closetmaid, you will be notified about how to ask for a share.

- **Any questions? Read on and visit: http://www.ClosetmaidClassAction.com.**

| WHAT THIS NOTICE CONTAINS |
|:---:|

**BASIC INFORMATION** .................................................................................**PAGE 4,5**

    1.    Why did I get this notice?
    2.    What is this lawsuit about?
    3.    How does ClosetMaid answer?
    4.    Has the Court decided who is right?
    5.    What is the Plaintiff asking for?
    6.    What is a class action and who is involved?
    7.    Is there any money available now?

**WHO IS IN THE CLASS** ...............................................................................**PAGE 5,6**

    8.    How do I know if I am part of this Class?
    9.    I'm still not sure if I am included.

**YOUR RIGHTS AND OPTIONS** ....................................................................**PAGE 6,7**

    10.    What happens if I do nothing at all?
    11.    Why would I ask to be excluded?
    12.    How do I ask the Court to exclude me from the Class?

**THE LAWYERS REPRESENTING YOU** ......................................... **PAGE 7**

    13.    Do I have a lawyer in this case?
    14.    Should I get my own lawyer?
    15.    How will the lawyers be paid?

**THE TRIAL** ............................................................................................. **PAGE 8**

    16.    How and when will the Court decide who is right?
    17.    Do I have to come to the trial?
    18.    Will I get money after the trial?

**GETTING MORE INFORMATION** ............................................... **PAGE 8**

    19.    Are more details available?

# BASIC INFORMATION

| 1. | Why did I get this notice? |

This notice explains that the Court has allowed, or "certified", a class action lawsuit that may affect you. You have legal rights and options that you may exercise before the Court holds a trial. The trial is to decide whether the claims being made against Closetmaid, on your behalf, are correct. Chief Judge Gary L. Lancaster of the United States District Court for the Western District of Pennsylvania is overseeing this class action. The lawsuit is known as <u>Reardon v. Closetmaid Corporation</u>, Case No. 2:08cv01730.

| 2. | What is this lawsuit about? |

If you are a class member, your background check was requested by Closetmaid to make a decision about whether you could receive or retain a job or receive a promotion. The suit alleges that Defendant violated the provisions of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681, et seq. (the "FCRA") by (1) procuring a consumer report or causing a consumer report to be procured for employment purposes with respect to the consumers without (i) first providing them with a clear and conspicuous disclosure in writing in a document that consists solely of the disclosure that a consumer report may be obtained for employment purposes; and (ii) obtaining the consumers' proper written authorization to procure such consumer reports for the time period from December 19, 2003 to the present (the "Disclosure Class").

The suit also alleges that Defendant violated the provisions of FCRA with respect to a small sub-class of these consumers (the "Pre Adverse Action Sub-Class) by taking adverse action against these consumers based whole or in part on the consumer report during the time period December 19, 2006 to the date of this Notice without (i) providing these consumers with a copy of their report and a description in writing of their FCRA rights and (ii) notifying these consumers that the consumer reporting agency that prepared the reports did not make the decision to take the adverse action and was unable to provide the consumers with the specific reasons

A copy of the Plaintiff's lawsuit is at the website.

Additional information about the FCRA can be found at the website of the U.S. Federal Trade Commission, www.ftc.gov.

| 3. | How does Closetmaid answer? |

Closetmaid denies that it did anything wrong and says that its policies do not violate the FCRA. Closetmaid's Answer to the lawsuit is also at the website.

| 4. | Has the Court decided who is right? |

The Court hasn't decided whether Closetmaid or the Plaintiff is correct. By establishing the Class and issuing this Notice, the Court is not suggesting that the Plaintiff will win or lose this case. The Plaintiff must prove her claims at a trial starting **[date]**. (See "The Trial" below on page 8.)

| 5. | What is the Plaintiff asking for? |
|---|---|

The Plaintiff is asking for changes in Closetmaid's policies to ensure that Closetmaid does not violate the FCRA.  The Plaintiff also wants the Court to find that Closetmaid's conduct was willful and to award money damages allowed under the FCRA to Class Members.

| 6. | What is a class action and who is involved? |
|---|---|

In a class action lawsuit, one or more people called "Class Representatives" (in this case R. Cathy Reardon) sue on behalf of other people who have similar claims.  The people together are a "Class" or "Class Members."  The persons who sued—and all the Class Members like them—are called the Plaintiffs.  The company they sued (in this case Closetmaid) is called the Defendant.  One court resolves the issues for everyone in the Class—except for those people who choose to exclude themselves from the Class.

The Court decided that this lawsuit can be a class action and move towards a trial because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts.

More information about why the Court is allowing this lawsuit to be a class action is in the <u>Court's Order Certifying the Class</u>, which is available at **http://www.ClosetmaidClassAction.com**.

| 7. | Is there any money available now? |
|---|---|

No money or benefits are available now because the Court has not yet decided whether Closetmaid did anything wrong, and the two sides have not settled the case.  There is no guarantee that money or benefits ever will be obtained.  If they are, and you have not excluded yourself, you will be notified about how to ask for a share.

## WHO IS IN THE CLASS

| 8. | How do I know if I am part of this Class? |
|---|---|

Judge Lancaster certified two class definitions:

The "Disclosure Class" consists of:
- All employees or prospective employees of Closetmaid Corporation residing in the United States;
- who were the subject of a consumer report which was used by Closetmaid between December 19, 2006 and the date of this Notice; and
- who also executed Closetmaid's forms purporting to authorize Closetmaid's to procure a consumer report.

The "Pre Adverse Action Sub-Class" is a sub-group of those persons in the Disclosure Class and consists of:
- All Disclosure Class members;
- for whom the consumer report contained negative (derogatory) information regarding such employee or prospective employee; and
- for whom Closetmaid did fail to provide that person with a copy of their consumer report and/or Summary of Rights under the FCRA at least five business days before the person was notified that Closetmaid

may take its adverse action.

### 9. I'm still not sure if I am included.

If you are still not sure whether you are included, you may contact the lawyers representing the Class in this case:

James M. Pietz, Pietz Law Officw, LLC., Allegheny Building, 429 Forbes Avenue, Suite 1616, , Pittsburgh, PA 15219.  jpietz@jpietzlaw.com

Christopher North, The Consumer & Employee Rights Law Firm, P.C., 751-A Thimble Shoals Boulevard, Newport News, Virginia 23606.  cnorthlaw@aol.com

Leonard A. Bennett, 12515 Warwick Boulevard, Suite 100, Consumer Litigation Associates, Newport News, Virginia, 23606. 1-800-FCRA-LAW (1-800-327-2529).   lenbennett@clalegal.com.

You can also get additional information at http://www.ClosetmaidClassAction.com.

## YOUR RIGHTS AND OPTIONS

### 10. What happens if I do nothing at all?

You don't have to do anything now if you want to keep the possibility of getting money or benefits from this lawsuit.  By doing nothing you are staying in the Class.  If you stay in and the Plaintiff obtains money or benefits, either as a result of the trial or a settlement, you will be notified about how to apply for a share (or how to ask to be excluded from any settlement).  Keep in mind that if you do nothing now, regardless of whether the Plaintiffs win or lose the trial, you will not be able to sue, or continue to sue, Closetmaid—as part of any other lawsuit—about the same legal claims that are the subject of this lawsuit.  You will also be legally bound by all of the Orders the Court issues and judgments the Court makes in this class action.

### 11. Why would I ask to be excluded?

If you already have your own lawsuit against Closetmaid for the kind of FCRA violations alleged by the Plaintiffs and want to continue with it, you need to ask to be excluded from the Class.  If you exclude yourself from the Class—which also means to remove yourself from the Class, which is sometimes called "opting out" of the Class—you won't get any money or benefits from this lawsuit even if the Plaintiffs obtain them as a result of the trial, or from any settlement (that may or may not be reached) between Closetmaid and the Plaintiffs.  However, you may then be able to sue or continue to sue Closetmaid for FCRA violations that have occurred or will occur at any time.  If you exclude yourself, you will not be legally bound by the Court's judgments in this class action.

If you start your own lawsuit against Closetmaid after you exclude yourself, you'll have to hire and pay your own lawyer for that lawsuit, and you'll have to prove your claims.  If you do exclude yourself so that you can

start or continue your own lawsuit against Closetmaid, you should talk to your own lawyer right away, because your claims may be subject to a statute of limitations. A statute of limitations is a fixed time period by which you must file your claims, or else they are "time-barred" and cannot be pursued.

### 12. How do I ask the Court to exclude me from the Class?

To ask to be excluded, you must send an "Exclusion Request" in the form of a letter sent by mail, stating that you want to be excluded from the <u>Reardon v. Closetmaid Corporation</u> class action. Be sure to include your name and address, and sign the letter and clearly state, "I want to be excluded". You must mail your Exclusion Request postmarked by **[date]**, to **BOTH** of these persons:

James M. Pietz, Pietz Law Office, LLC., , 429 Forbes Avenue, Suite 1616, Allegheny Building, Pittsburgh, PA 15219. jpietz@jpietzlaw.com

W. Scott Hardy, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 444 Liberty Avenue Suite 400 Pittsburgh, PA 15222-1237. scott.hardy@ogletreedeakins.com

You may also get an <u>Exclusion Request</u> form at the website, <u>http://www.ClosetmaidClassAction.com</u>.

### THE LAWYERS REPRESENTING YOU

### 13. Do I have a lawyer in this case?

The Court decided that James M. Pietz, Piez Law Office, LLC., 429 Forbes Avenue, Suite 1616, Allegheny Building, Pittsburgh, PA 15219, Christopher North, 751-A Thimble Shoals Boulevard, Newport News, Virginia 23606 and Leonard A. Bennett, Consumer Litigation Associates, Newport News, Virginia are qualified to represent you and all Class Members. Together they are called your "Class Counsel." They are experienced in handling similar consumer cases against other companies. More information about these law firms, their practices, and their lawyers' experience is available at <u>http://www.ClosetmaidClassAction.com</u>.

### 14. Should I get my own lawyer?

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want your own lawyer, you will have to pay that lawyer. For example, you can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

### 15. How will the lawyers be paid?

If Class Counsel get money or benefits for the Class, they may ask the Court for fees and expenses. You won't have to pay these fees and expenses. If the Court grants Class Counsel's request, the fees and expenses would be either deducted from any money obtained for the Class or paid separately by Closetmaid.

## THE TRIAL

The Court has scheduled a trial to decide who is right in this case.

| 16. | How and when will the Court decide who is right? |

As long as the case isn't resolved by a settlement or otherwise, Class Counsel will have to prove the Plaintiffs' claims at a trial. The trial is set to start on **[date]**, in the United States District Court for the Western District of Pennsylvania, 700 Grant Street, Pittsburgh, PA 15219. During the trial, a Jury or the Judge will hear all of the evidence to help them reach a decision about whether the Plaintiff or Defendant are right about the claims in the lawsuit. There is no guarantee that the Plaintiff will win, or that she will get any money for the Class.

| 17. | Do I have to come to the trial? |

You do not need to attend the trial. Class Counsel will present the case for the Plaintiff, and Closetmaid will present the defenses. You or your own lawyers are welcome to come at your own expense.

| 18. | Will I get money after the trial? |

If the Plaintiff obtains money or benefits as a result of the trial or a settlement, you will be notified about how to participate. We do not know how long this will take.

## GETTING MORE INFORMATION

| 19. | Are more details available? |

Visit the website, http://ClosetmaidClassAction.com, where you will find the Court's Order Certifying the Class, the Amended Class Complaint that the Plaintiff submitted, Closetmaid's Answer to the Amended Class Complaint, Court Orders as well as an Exclusion Request form. You may also contact: Christopher North, The Consumer & Employee Rights Law Firm, P.C., 751-A Thimble Shoals Boulevard, Newport News, Virginia 23606 (757) 873-1010.


DATE:


# CONTACT COUNSEL IDENTIFIED IN THIS NOTICE IF YOU HAVE ANY QUESTIONS. DO NOT CONTACT THE COURT.