IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

R. CATHY REARDON, on behalf of herself )
and all similarly situated individuals, )
                                     )      Civil Action No. 08-1730
         Plaintiffs, )
                                       )      Judge Gary L. Lancaster
     vs. )
                                         )      ELECTRONICALLY FILED
CLOSETMAID CORPORATION, )
                                         )
         Defendant. )

**ORDER OF COURT**

AND NOW, this 5th day of March, 2012, upon consideration of the parties

Joint Motion to Modify Deadlines for Issuing Notice to Class Members, it is hereby ORDERED,

ADJUDGED and DECREED that such motion is hereby granted and that the Court's January 23,

2012 Order shall be and hereby is modified so that: (i) Plaintiff shall complete the Class List no

later than May 14, 2012; and (ii) Defendant shall have until June 4, 2012 to serve and file

comments or objections to the Class List

BY THE COURT:

_____,C.J.

Hon. Gary L. Lancaster
Chief United States District Judge