IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) ) ) ) | REARDON et al |
| v. | ) ) ) ) ) | Civil Action No.   2:08-cv-001730 |
| Defendant(s) | ) | CLOSETMAID CORPORATION et al |

**REPORT OF MEDIATION**

A mediation session was held in the above captioned matter on March 26, 2012.

A follow up session (please check one):
\_\_\_\_\_ is scheduled.
__X__ is not scheduled.

The case (please check one):
\_\_\_\_\_has settled
\_\_\_\_\_has settled in part
__X__ has not settled.

If the case has settled in part, please indicate the part that has settled.

Stipulations that the parties agreed may be disclosed are: None

What discovery did the parties engage in prior to the ADR session (amount and type of discovery)?  Only the mandatory initial disclosures were made.


Dated:  April 4, 2012                                                        S/ Kenneth J. Benson
                                                                                          Signature of Neutral