IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DICTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. Cathy Reardon, on behalf of herself | ) | |
| And all similarly situated individuals, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-1730 |
| | ) | |
| CLOSETMAID CORPORATION, | ) | Judge Gary L. Lancaster |
| | ) | |
| Defendant. | ) | ELECTRONICALLY FILED |

## ORDER OF THE COURT

AND NOW, this ___ day of _June_ 2012, upon consideration of the parties

Joint Motion to Modify Deadlines for Issuing Notice to Class Members, it is hereby

ORDERED, ADJUDGED and DECREED that such motion is hereby granted and that

the Court's March 10, 2012 Order shall be and hereby is modified so that: (i) Plaintiff

shall complete the Class List no later than July 16, 2012; and (ii) Defendant shall have

until August 6, 2012 to serve and file comments or objections to the Class List.

BY THE COURT:

_____, C.J.

Hon. Gary L. Lancaster
Chief United States District Judge