IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DICTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. Cathy Reardon, on behalf of herself<br>And all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>CLOSETMAID CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-1730<br>)<br>)  Judge Gary L. Lancaster<br>)<br>)  ELECTRONICALLY FILED |

## **ORDER OF THE COURT**

AND NOW, this 12TH day of JULY 2012, upon consideration of the parties Joint Motion to Modify Deadlines for Issuing Notice to Class Members, it is hereby ORDERED, ADJUDGED and DECREED that such motion is hereby granted and that the Court's June 7, 2012 Order shall be and hereby is modified so that: (i) Plaintiff shall complete the Class List no later than July 31, 2012; and (ii) Defendant shall have until August 21, 2012 to serve and file comments or objections to the Class List.

BY THE COURT,

_/s/ Gary L. Lancaster_
Hon. Gary L. Lancaster
Chief United States District Judge