# UNITED STATES DISTRICT COURT

WESTERN  DISTRICT OF  PENNSYLVANIA

R. CATHY REARDON, ETC.

**NOTICE**

V.

CLOSETMAID CORPORATION                CASE NUMBER:   CIVIL ACTION NO. 08-1730

TYPE OF CASE:

X   **CIVIL**            **CRIMINAL**

X  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Hon. Gary L. Lancaster, Chief U.S. District Judge<br>7th Avenue & Grant Street<br>Pittsburgh, Pennsylvania | Suite 3250, 3rd floor, U.S. Courthouse |
| | DATE AND TIME<br>Tuesday, November 27, 2012 at 1:00 PM |

TYPE OF PROCEEDING

STATUS CONFERENCE

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

Robert V. Barth, Jr., Clerk of Court
U.S. MAGISTRATE JUDGE OR CLERK OF

September 11, 2012                          Michael A. Palus
DATE                                        (BY) DEPUTY CLERK

TO:   All Counsel of Record