✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____PENNSYLVANIA_____

| | |
|---|---|
| R. CATHY REARDON, ETC. | **NOTICE** |
| V. | |
| CLOSETMAID CORPORATION | CASE NUMBER:   CIVIL ACTION NO. 08-1730 |

TYPE OF CASE:

      X   **CIVIL**          **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |
| | |

TYPE OF PROCEEDING

STATUS CONFERENCE

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Hon. Gary L. Lancaster, Chief U.S. District Judge Courtroom #3A, 3rd floor U.S. Courthouse Pittsburgh, PA | November 27, 2012 at 1 PM | **Wednesday, January 9, 2013 at 1:30 PM** |

 

Robert V. Barth, Jr., Clerk of Court
U.S. MAGISTRATE JUDGE OR CLERK OF

| | |
|---|---|
| December 11, 2012 | Michael A. Palus |
| DATE | (BY) DEPUTY CLERK |

TO:   All Parties of Record