# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

R. CATHY REARDON, ETC.           )
                                 )
                                 )
                       Plaintiff )
              vs.                )         C.A. 08-1730
CLOSETMAID CORPORATION           )
                                 )
                                 )
                      Defendant  )

**HEARING ON**   STATUS CONFERENCE

Before   CHIEF JUDGE GARY L. LANCASTER

JAMES PIETZ, ESQ.                           SCOTT HARDY, ESQ.
CHRISTOPHER NORTH, ESQ.                     PHILIP KONTUL, ESQ.

Appear for Plaintiff                        Appear for Defendant

Hearing Begun   1/9/13 @ 1:35 PM            Hrg Adjourned to

Hrg concluded C.A.V.   1/9/13 @ 2:02 PM     Stenographer   NONE

**WITNESS**

For Plaintiff                               For Defendant