IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

R. CATHY REARDON, on behalf of  )
herself and all similarly       )
situated individuals,           )
    Plaintiff,                  )
                                )
v.                              )   Civil Action No. 08-1730
                                )
CLOSETMAID CORPORATION,         )
    Defendant.                  )

## ORDER

AND NOW, this 12th day of February, 2013, the Court having received class plaintiff's Motion to Deny Reconsideration of Class Certification [document #81] and brief in support, IT IS HEREBY ORDERED that said motion is DENIED WITHOUT PREJUDICE to class plaintiff's right to re-raise her arguments as a response in opposition, should defendant file any such motion for reconsideration.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:   All Counsel of Record