IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, on behalf of herself and all similarly situated individuals, <br>     Plaintiff, <br><br> v. <br><br> CLOSETMAID CORPORATION, <br>     Defendant. | Civil Action No. 08-1730 |

### ORDER

AND NOW, this 12th day of February, 2013, the Court having received class plaintiff's Motion to Deny Reconsideration of Class Certification [document #81] and brief in support, IT IS HEREBY ORDERED that said motion is DENIED WITHOUT PREJUDICE to class plaintiff's right to re-raise her arguments as a response in opposition, should defendant file any such motion for reconsideration.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record