IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, ETC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1730 |
| ) | |
| CLOSETMAID CORPORATION, ) | |
| Defendant. ) | |

## **ORDER**

AND NOW, this 15th day of March, 2013, the Court, having received class plaintiff's Motion for Sanctions Pursuant to Fed.R.Civ.P. 37(D)(1)(A)(ii) for Failure of Defendant to Respond to Discovery Requests [document #84], IT IS HEREBY ORDERED that any response in opposition to the motion shall be filed on or before March 26, 2013.

BY THE COURT:

s/Gary L. Lancaster    , J.
Hon. Gary L. Lancaster,
United States District Judge

cc:   All Counsel of Record