**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | | |
|---|---|---|
| **R. CATHY REARDON** | ) | |
| **On behalf of herself and all** | ) | |
| **similarly situated individuals,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | NO. 2:08cv1730GLL |
| v. | ) | |
| **CLOSETMAID CORPORATION** | ) | Hon. Chief Judge Gary |
| | ) | Lancaster |
| | ) | |
| | ) | Class Action |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR SANCTIONS**

The Representative Plaintiff, by her undersigned counsel, hereby moves to withdraw the motion for sanctions pursuant to Fed.R.Civ.P. 37(d)(1)(A)(ii) filed on March 14, 2013. (ECF # 84). In support, Plaintiffs state as follows:

1. Defendant has provided responses to Plaintiff's discovery requests.

2. Accordingly, Plaintiffs hereby request that the Motion For Sanctions (ECF # 84) be withdrawn.

Wherefore, it is respectfully requested that this Court enter the proposed Order attached hereto.

March 26, 2013              Respectfully submitted,

                            R. CATHY REARDON,
                            For herself and on behalf of
                            all similarly situated
                            individuals.

                             s/ James M. Pietz
                            James M. Pietz
                            PIETZ LAW OFFICE LLC
                            429 Forbes Avenue, Suite 1616

Allegheny Building
Pittsburgh, PA 15219
412-288-4333
jpietz@jpietzlaw.com

Leonard A. Bennett
Consumer Litigation Associates
12515 Warwick Boulevard
Newport News, VA 23606
757-930-3660
lenbennett@clalegal.com

Christopher Colt North
The Consumer & Employee Rights Law Firm
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
757- 873-1010