UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| R. CATHY REARDON, On behalf of herself and all similarly situated individuals, | ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 2:08cv1730GLL |
| v. | ) ) | |
| CLOSETMAID CORPORATION, | ) ) | Hon. Judge Gary Lancaster |
| Defendant. | ) ) | |

**ORDER**

AND NOW, this 26th day of March, 2013, upon consideration of Plaintiff's Motion To Withdraw Motion For Sanctions Pursuant to Fed.R.Civ.P. 37(D)(1)(A)(ii) (ECF # 86), IT IS HEREBY ORDERED that said Motion is GRANTED and the Motion For Sanctions (ECF #84) is stricken and withdrawn.

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge