IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

R. CATHY REARDON, on behalf of            )
herself and all similarly situated individuals, )
                Plaintiff,            )
                                               )
      vs.            )            Civil Action No. 08-1730
                                               )
CLOSETMAID CORPORATION,            )
                Defendant.            )

## **ORDER**

        AND NOW, this 16th day of May, 2013, IT IS HEREBY ORDERED that the

above captioned case is transferred to the docket of the Honorable Mark R. Hornak, United

States District Judge, for all further proceedings.

                        BY THE COURT:


                        s/Sean J. McLaughlin_____,C.J.
                        Hon. Sean J. McLaughlin,
                        Chief United States District Judge


cc:    All Counsel of Record