*R. CATHY REARDON vs. CLOSETMAID CORPORATION*
Civil Action No. 08-1730

**APPENDIX OF RECORD MATERIALS IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**TAB 6**

**Reardon Deposition Exhibit C**



# APPLICATION FOR EMPLOYMENT

# WITH

# CLOSETMAID®

(APPLICATION LIMITED TO OPENING APPLIED FOR)

NAME  Regina (Cathy) Reardon

DATE  12/13/06

POSITION  Territory Mgr / Supervisor

**EXHIBIT**
Reardon C
11-16-09

ClosetMaid is an Equal Opportunity Employer. Applicants will be considered for job openings without any regard to race, sex, religion, sexual orientation, national origin, creed, age, disability and military service/veteran status.)





# FAIR CREDIT REPORTING ACT AUTHORIZATION FORM

### NOTICE OF INTENT TO OBTAIN A CONSUMER CREDIT REPORT

I understand that, as a condition of my consideration for employment with ClosetMaid, or as a condition of my continued employment with ClosetMaid may obtain a consumer report that includes, but is not limited to, my credit history or similar characteristics, employment and education verifications, social security verification, criminal and civil history, Department of Motor Vehicle records, any other public records, and any other information bearing on my credit standing or credit capacity.

I understand that, pursuant to the federal Fair Credit Reporting Act, if any adverse action is to be taken based upon this consumer report, a copy of the report and a summary of the consumer's rights will be provided to me if requested.

_Regina C. Reardon_　　　　　　　　　　　　　　　_12/13/06_
Signature of Applicant　　　　　　　　　　　　　　　　Date

_Regina C. Reardon_
Printed Name of Applicant

Rev. 2/2006



## PRE-EMPLOYMENT VOLUNTARY SELF-IDENTIFICATION

NAME:  *Reardon*    *Regina*    *C*
       Last          First        Middle Initial

Our organization is committed to the employment and advancement of qualified minorities and females. If you fall into one or more of these classifications, we invite you to identify yourself.

We are gathering the following information, not for employment decisions, but for record keeping in compliance with federal regulations. This information will be kept separate from your Employment Application. Your responses are strictly voluntary and will help in developing and monitoring our affirmative action programs.

Information provided will be kept in the strictest confidence. However, if you choose not to respond, this will **not** affect the decision regarding your employment opportunity.

SEX:        ____ Male              ✓ Female

RACE/ETHNICITY:

   ____ Hispanic or Latino

   ✓ White, not Hispanic or Latino

   ____ Black or African American, not Hispanic or Latino

   ____ Native Hawaiian or Other Pacific Islander, not Hispanic or Latino

   ____ Asian, not Hispanic or Latino

   ____ American Indian or Alaska Native, not Hispanic or Latino

   ____ Two or more races, not Hispanic or Latino

SIGNATURE OF APPLICANT:  *Regina C Reardon*
POSITION SOUGHT: *Territory Supervisor*
DATE:  *12/13/06*

Rev. 2/2006



### AUTHORIZATION TO OBTAIN A CONSUMER CREDIT REPORT AND RELEASE OF INFORMATION FOR EMPLOYMENT PURPOSES

Pursuant to the Fair Credit Reporting Act, I hereby authorize ClosetMaid and its designated agents and representatives to conduct a comprehensive review of my background through a consumer report and/or investigative consumer report to be generated for employment, promotion, reassignment or retention as an employee. I understand the scope of the consumer report/investigative consumer report and may include, but is not limited to the following areas:

Verification of Social Security Number, current and previous residences, employment history including all personnel files, education, character references, credit history and reports, criminal history records from any criminal justice agency in any or all federal, state, or county jurisdictions, birth records, motor vehicle records to include traffic citations and registration and any other public records.

I, _Regina C Reardon_, authorize the complete release of these records or data pertaining to me which an individual, company, firm, corporation, or public agency may have. I understand that I must provide my date of birth to adequately complete said screening, and acknowledge that my date of birth with not affect any hiring decisions. I hereby authorize and request any present or former employer, school, police department, financial institution or other personal knowledge about me, to furnish bearer with any and all information in their possession regarding me in connection with an application or employment. I am authorizing that a photocopy of this authorization be accepted with the same authority as the original.

I hereby release ClosetMaid, and its agents, officials, representative, or assigned agencies, including officers, employees, or related personnel both individually and collectively, from any and all liability for damages of whatever kind, which may at any time, result to me, my heirs, family, or associates because of compliance with this authorization and request to release. You may contact me as indicated below. I understand that a copy of this authorization may be given at anytime, provided I do so in writing.

I understand that, in pursuant to the Fair Credit Reporting Act, if any adverse action is to be taken based upon the consumer report, a copy of the report and a summary of the consumer's rights will be provided to me if requested.

### PLEASE PRINT CLEARLY!

Name (print): _Regina_ _C._ _Reardon_ _Genter_
             First    Middle   Last      (Maiden)

Print all Former Names Used: (1) _Regina C. Genter_ (2) _____

Social Security Number: [REDACTED]  Sex: M/(F)  Race: _White_

Date of Birth: [REDACTED]  Phone Number: [REDACTED]  HS Graduation Year: _1976_

Current Street Address: [REDACTED]

Drive [REDACTED]

May We Contact Your Employers? _yes_  May We Contact Your Supervisors? _yes_

Comments: _____

> Print Previous Three Addresses (City and State):

(1) [REDACTED]
(2) [REDACTED]
(3) City: _____ State: _____ From: _____ To: _____

*By signing below, you are certifying that the above information is true and correct:*

Signature: _Regina C Reardon_    Date: _12/13/06_

Rev. 2/2006

**CLOSETMAID**                                                              **EMERSON**

## APPLICATION FOR EMPLOYMENT

Date __12/13/06__   Position Applied For: __Territory Manager/Supervisor__
How did you hear about this opening: __Claire Murphy__   Date Available for Work: __Immediately__

INSTRUCTIONS: Please read carefully. Every item on this form must be answered to the best of your ability and knowledge. Please print and use a pen. Your qualifications will be carefully reviewed, and you will be given thorough consideration for the vacancy/position applied for. Upon employment, this application will become part of your permanent record with us. Keep this in mind as you complete it. *Special Note: You are not required to supply any information that is prohibited by Federal, State or Local law. We are an Equal Opportunity Employer.*

**PERSONAL:**
Name ___[REDACTED]___

Street ___[REDACTED]___

Previous ___[REDACTED]___

Are you 18 years of age or older? ☒ Yes  ☐ No   Are you legally entitled to work in the United States? ☒ Yes  ☐ No
(You will be required to provide proof of identity and eligibility to work in the U.S. if hired)

Have you ever been convicted of or pleaded guilty or Nolo Contendre (no contest or an Alford plea) to any felony?
☐ Yes  ☒ No
(The fact you have been convicted of a crime will not automatically disqualify you from further consideration for employment.)
If "yes" please describe in detail and attach to application.

**EDUCATION:**

High School (Name and Address) __North Allegheny High School Rt 19 Wexford PA 15090 1970__
Did you graduate? __Yes__   If no, last grade completed _____   G.E.D Obtained? _____   Grade Average __don't remember   B+__

Colleges (Name and Address) __Penn State (Behrend Branch Campus) - Erie, PA__

Colleges (Name and Address) _____

Did you graduate? __No__   If no, number of hours completed __1yr__   Grade Point Average __C__   Degree __No__

Major __Liberal Arts__   Minor _____   If attending, date of graduation _____

Other Education __Wilma Boyd Career School for Airline and Travel Industry  Pgh PA__

Certifications _____

Awards, Honors, Leadership Roles _____

Foreign Languages: _____

**MILITARY:**   ☒ not applicable

List service in U.S. Military: From _____ to _____  Branch _____

Rank at Discharge _____   Military experience that may be applicable: _____

**CLOSETMAID**            EMERSON

**GENERAL EMPLOYMENT INFORMATION:**

1. List here all of the equipment with which you have experience and training. (Examples: computer, lathe, milling machine, etc.): _Computer, IMA CART (Home Depot), drill-handheld and basic tools_

2. Were you previously employed by us? _No_ If yes, when? _____ to _____
   was
3. Present Salary: _680.00_ hr/(week)/year. _unemployed currently_
   Salary Expected: _700.00_ hr/(week)/year. Number of hours available per week? _40_ ☐ No preference.

4. Type of Employment sought: ☒ regular full time ☐ regular part time ☐ temporary ☐ seasonal

5. Which of these times are you available: Days: ☒ yes ☐ no    Nights: ☒ yes ☐ no
                            Weekends: ☒ yes ☐ no    Holidays: ☐ yes ☐ no

6. List here names of relatives currently in our employ: _NONE_

7. In case of emergency, notify _Tom Rearden_ Telephone Number [REDACTED]

**EXPERIENCE:**

List below all present and past employment beginning with your most recent employer. Please attach a separate sheet of paper if you have additional prior employers.

1. Employer _Stinehcomh Associates, Inc._
   Address _113 E Adams Street Sandusky OH_ Last Salary _$600.00_ per hour or (week)
   Kind of business _Nursery Service / Lue Greens_ Supervisor _Hank Okuma_
   Job Title _Vendor Lin / Merchandiser_ Reason for Leaving ☐ Quit ☐ Discharge ☐ Retired
   Dates Employed _May 2003_ to _July 2006_ ☒ Layoff ☐ Other _____
   _due to loss of contract in Pgh Market_

2. Employer _Chas Levy Circulating Co LLC_
   Address _1200 N Branch St Chicago IL_ Last Salary _8.00_ per hour or week
   Kind of business _Magazine Circulation Co_ Supervisor _Cheryl Corcokarrey_
   Job Title _Part time Merchandiser_ Reason for Leaving ☒ Quit ☐ Discharge ☐ Retired
   Dates Employed _March 2000_ to _Aug 2005_ ☐ Layoff ☐ Other _____

3. Employer _RLR Mailing Specialists (self employed)_
   Address _Butler St Pgh PA_ Last Salary _Avvrx 950.00_ per hour or (week)
   Kind of business _Direct Mail Advertising_ Supervisor _Myself_
   Job Title _Owner_ Reason for Leaving ☐ Quit ☐ Discharge ☐ Retired
   Dates Employed _Jan 1993_ to _April 2003_ ☐ Layoff ☒ Other _phased out business_

4. Employer _PennySaver Publications_
   Address _Cod Rd Pgh PA_ Last Salary _$720.00_ per hour or (week)
   Kind of business _Direct Mail Advertising_ Supervisor _Sam Debranna_
   Job Title _Manager Direct Mail Division_ Reason for Leaving ☐ Quit ☐ Discharge ☐ Retired
   Dates Employed _1986_ to _Jan 1993_ ☐ Layoff ☒ Other _New ownership_
   _dissolved my Division._
   _I started my own business_
   _with my customers from_
   _Pennysaver_

**CLOSETMAID**                                                                 EMERSON

**ACTIVITIES:**

Please list any information which you feel may be helpful in considering your application. For example: significant work accomplishments, special training, specific interests, etc.

I have always worked independently and have been successful + self motivated. Operating my own business for 10 years afforded me great experience with customer service, management and setting goals. The first 6 years in business, I was able to increase sales by at least 12%. I am a crafter by Hobbie and a creative thinker.

Affiliations with professional, civic organizations which you consider relevant to your ability to perform the job for which you are applying:

I am not currently affiliated with any organizations, but I have always been a great networker.

**CURRENT/PRIOR CONTRACTUAL OBLIGATIONS:**

Do you have any current contractual obligations relating to a prior employer or client, such as a Confidentiality and/or Non-Compete Agreement?  ☐ Yes  ☒ No   If so, please list the agreements, dates and employers/clients involved.

**EMPLOYMENT REFERENCE:**

Please list below two business references who can attest to your skills, knowledge and experience, that will contribute to your success in the position for which you are applying.

[redacted]

☆ When checking references, please refer to me as: Cathy Reardon. Not many people remember that my formal name is Regina. Thanks. I've gone by Cathy majority of my life.



**EMERSON**

## APPLICATION LIMITED TO OPENING APPLIED FOR

PLEASE READ CAREFULLY BEFORE SIGNING

I hereby affirm that my answers to the foregoing questions are true and correct. I authorize this Company to conduct whatever investigation it deems necessary to confirm the answers submitted on this application. If the investigation concludes that I provided any untrue information, this will serve as sufficient grounds to immediately terminate the application process, or immediately terminate my employment regardless of when the discovery occurs.

I understand and agree that my employment is "at will" for no definite period and may, regardless of the period of payment and wages or salary, be terminated at any time for any reason without any previous notice. I further understand that no Company official has made any promises to the contrary or guaranteed me employment for any specified period of time, or has the authority to make such promise/guarantee, and that no employee handbook or policy may be construed to the contrary or interpreted as a contract or guarantee of employment.

I also authorize any of my former employers to furnish this company with their record of my services, my reason for leaving their employ, and any other information they may have concerning me. I hereby release any of my former employers from all liability for any damages in furnishing said record.

I agree that if I am employed by this Company, a full transcript of my records as an employee, including reason for termination, may be given to a prospective future employer on its request, and do hereby release this Company from any and all liability or damages whatsoever in furnishing such information.

I agree to abide by the rules and policies of this Company. I further understand that all applicants are subject to post-offer medical examination, and drug screening, as a condition of employment. Examinations are to be made by a representative designated by the Company.

Upon separation of employment, I authorize the Company to withhold from my final paycheck, vacation and expense checks any and all monies owed to the Company by me at the time of my termination.

The use of this application form does not indicate that there are any positions available, and in no way obligates the Company.

I agree that any claim or lawsuit relating to this application, my service or employment with ClosetMaid or its affiliates, whether relating to contracts or federal or state statutory claims, must be filed no more than six (6) months after the date of the employment action that is the subject of the claim or lawsuit unless filed under a federal or state statute with a shorter statute of limitations. I specifically waive any federal and state statutes of limitations to the contrary.

Date __12/13/06__   Signature _____