IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, on behalf of herself and all similarly situated individuals, </br></br>　　　　　　Plaintiffs, </br></br>vs. </br></br>CLOSETMAID CORPORATION, </br></br>　　　　　　Defendant. | Civil Action No. 2:08-cv-1730 </br></br>Hon. Mark R. Hornak </br>United States District Judge </br></br>*Filed Electronically* |

**CLOSETMAID'S SUPPLEMENTAL STATEMENT OF
UNDISPUTED MATERIAL FACTS**

Defendant ClosetMaid Corporation ("ClosetMaid"), by and through its attorneys, Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., submits this Supplemental Statement of Undisputed Material Facts.

31.　Representatives of ClosetMaid's human resources staff reviewed and ensured its Fair Credit Reporting Act ("FCRA") policies complied with its consumer reporting agency contractual agreements. April 3, 2013 Deposition of Ms. Mary Price ("2013 Price Depo."), pp. 36-40, **Tab 16.**

32.　Representatives of ClosetMaid's human resources staff sought legal advice to ensure ClosetMaid's compliance with the FCRA in its procurement of consumer reports. 2013 Price Depo., pp. 17, 41, **Tab 16**.

-2-

Dated: June 24, 2013                              Respectfully submitted,

                                               **OGLETREE, DEAKINS, NASH, SMOAK**
                                                  **& STEWART, P.C.**

                                                  /s/ W. Scott Hardy
                                              _____
                                              W. Scott Hardy, Esq.
                                              PA I.D. No. 79225
                                              scott.hardy@ogletreedeakins.com

                                              Philip K. Kontul, Esq.
                                              PA I.D. No. 94156
                                              philip.kontul@ogletreedeakins.com

                                              One PPG Place
                                              Suite 1900
                                              Pittsburgh, PA 15222
                                              Telephone: (412) 394-3333
                                              Facsimile: (412) 232-1799

                                              Attorneys for Defendant
                                              ClosetMaid Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing SUPPLEMENTAL STATEMENT OF UNDISPUTED MATERIAL FACTS was filed electronically on June 24, 2013.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ W. Scott Hardy

Attorney for Defendant ClosetMaid Corporation

15330331.1