UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| R. CATHY REARDON<br>On behalf of herself and all<br>similarly situated individuals,<br><br>　　　　　Plaintiffs,<br>v.<br>CLOSETMAID CORPORATION<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) NO. 2:08cv1730MRH<br>)<br>) Hon. Judge Mark R. Hornak<br>)<br>) |

## ORDER

AND NOW, this 28TH day of June, 2013, upon consideration of Plaintiff's Motion For Leave To File An Enlarged Brief, it is hereby ORDERED that Plaintiff's Motion is granted and the Plaintiffs Memorandum Of Law In Opposition To The Motion To Decertify The Pre-Adverse Action Subclass of 25 pages is allowed. Defendant may file a Reply Brief of corresponding length.

_____
Hon. Judge Mark R. Hornak