IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, on behalf of herself and all similarly situated individuals,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>CLOSETMAID CORPORATION,<br><br>                    Defendant. | Civil Action No. 2:08-cv-1730<br><br>Hon. Mark R. Hornak<br>United States District Judge<br><br>*Filed Electronically* |

## CLOSETMAID'S SECOND SUPPLEMENTAL
## STATEMENT OF UNDISPUTED MATERIAL FACTS

Defendant ClosetMaid Corporation ("ClosetMaid"), by and through its attorneys, Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., submits this Second Supplemental Statement of Undisputed Material Facts.

33.     Jennifer Boring ("Boring"), Patricia Dameron ("Dameron"), and Merlyn Hernandez-Opio ("Hernandez-Opio") all worked for ClosetMaid in a human resources capacity and were involved in ClosetMaid's hiring process.  Boring Depo., pp. 57 - 71, **Tab 4**; Dameron Decl., **Tab 13**; Hernandez-Opio Decl., **Tab 14**; Boring Decl., **Tab 15**.

34.     Boring, Dameron, and Hernandez-Opio reviewed the application files of those members of the Pre Adverse Action Sub-Class for whom they were responsible for making a hiring determination.  Boring Depo. at pp. 67-71, **Tab 4**; Dameron Decl., **Tab 13**; Hernandez-Opio Decl., **Tab 14**; Boring Depo., **Tab 15**.

Dated: July 8, 2013

    Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

<u>*/s/ W. Scott Hardy*</u>
W. Scott Hardy, Esquire
PA I.D. No. 79225
scott.hardy@ogletreedeakins.com

Philip K. Kontul, Esquire
PA I.D. No. 94156
philip.kontul@ogletreedeakins.com

One PPG Place
Suite 1900
Pittsburgh, PA 15222
Telephone: (412) 394-3333
Facsimile: (412) 232-1799

Attorneys for Defendant ClosetMaid Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing CLOSETMAID'S SECOND SUPPLEMENTAL STATEMENT OF UNDISPUTED MATERIAL FACTS was filed electronically on July 8, 2013. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             */s/ W. Scott Hardy*
                                             W. Scott Hardy, Esquire
                                             Attorney for Defendant ClosetMaid Corporation