UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| R. CATHY REARDON ) <br> On behalf of herself and all ) <br> similarly situated individuals, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> CLOSETMAID CORPORATION ) <br> ) <br> Defendants. ) | NO. 2:08cv1730MRH <br><br> Hon. Judge Mark R. Hornak |

**ORDER**

AND NOW, this 9TH day of July, 2013, upon consideration of Plaintiff's Motion To Extend Time To File, it is hereby ORDERED that Plaintiff's Motion is granted and the Plaintiffs Reply Memorandum Of Law In Support Of Plaintiffs' Motion For Partial Summary Judgment is allowed.

_____
Hon. Judge Mark R. Hornak