IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, on behalf of herself and all similarly situated individuals, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| CLOSETMAID CORPORATION, | ) ) ) |
| Defendant. | ) |

Civil Action No. 2:08-cv-1730

Judge Mark R. Hornak

*Filed Electronically*

## ORDER OF COURT

AND NOW, this 9TH day of July, 2013, upon consideration of Defendant's Uncontested Motion to Extend Time for Filing Reply in Support of Motion to Decertify Pre Adverse Action Sub-Class, it is hereby ORDERED, ADJUDGED and DECREED that such motion is hereby granted and that Defendant's Reply in Support of Motion to Decertify Pre Adverse Action Sub-Class is allowed.

BY THE COURT:

_____
Mark R. Hornak
United States District Judge