IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

R. CATHY REARDON,

    Plaintiff,                    08cv1730

                              **ELECTRONICALLY FILED**

    v.

CLOSETMAID CORPORATION,

    Defendant.

**Hearing Held: Motion Hearing**
**Date of Hearing: 7/19/2013**
**Before Judge Mark R. Hornak**

| | |
|---|---|
| Plaintiff Counsel | James M. Pietz |
| Defendant Counsel | W. Scott Hardy; Phillip K. Kontul |
| Court Reporter | Karen Earley |
| Law Clerk/Deputy Clerk | AEN/BDB |
| Start time | 9:30 AM |
| End time | 11:45 AM |

**NOTED:**

This Oral Argument is held regarding [90] Partial Motion to Dismiss; [94] Motion for Summary Judgment; [98] Motion to Decertify the Pre Adverse Action Sub-Class; and [108] Motion to Strike.

- Parties will file Supplemental Memorandum on or before 8/2/13