UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| R. CATHY REARDON<br>On behalf of herself and all<br>similarly situated individuals,<br><br>Plaintiffs,<br>v.<br>CLOSETMAID CORPORATION<br><br>Defendants. | NO. 2:08cv1730MRH<br><br>Hon. Judge Mark R. Hornak |

**(proposed) ORDER**

AND NOW, this 23rd day of September, 2013, upon consideration of Plaintiff's Motion To Enlarge Certain Deadlines In The January 11, 2013 Case Management Order, it is hereby ORDERED that Plaintiff's Motion is granted and the January 11, 2013 Case Management Order is modified as follows:

Plaintiffs' Pre-Trial Statement shall be due   October 25, 2013

Defendant's Pre-Trial Statement shall be due November 8, 2013

Motions In Limine, Proposed Voir Dire and Points For Charge shall be due November 29, 2013

Responses To Motions In Limine shall be due December 6, 2013

_____
Hon. Judge Mark R. Hornak