**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| Reardon | v. | ClosetMaid |
|---|---|---|
| Civil Action No. 08-cv-1730 | | |

Hearing Type:   Telephone Status Conference

Date: November 5, 2013

Before Judge Mark R. Hornak

| Counsel for Plaintiff | James Pietz |
|---|---|
| Counsel for Defendant | Scott Hardy, Philip Kontul |
| Court Reporter | Sandra Wenger |
| Law Clerk/Deputy Clerk | Joe Parsons |
| Start time | 3:39 pm |
| End time | 3:57 pm |

**NOTED:**