IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, on behalf of herself and all similarly situated individuals,  )<br>)<br>)<br>Plaintiffs,                )<br>)<br>vs.                    )<br>)<br>CLOSETMAID CORPORATION,        )<br>)<br>Defendant.               ) | Civil Action No. 08-1730<br><br>Judge Mark R. Hornak<br><br>*Electronically Filed* |

## **ORDER**

AND NOW this _____ day of _____, 201__, upon consideration of Defendant's Motion *in limine* to Exclude Evidence Pertaining to Emerson Electric Co.'s "Worth" and any response thereto, it is HEREBY ORDERED that:

(1) Defendant's Motion *in limine* to Exclude Evidence Pertaining to Emerson Electric Co.'s "Worth" is GRANTED;

(2) It is further ORDERED that Plaintiffs shall not introduce or attempt to introduce, through the testimony of any witness, or through any documentary records, any evidence of or make any references to, whether directly or indirectly, documents, argument and inadmissible testimony pertaining to the income or "worth" of Emerson Electric Co. or any aggregated financial statements, including income or "worth," of any segment of companies owned by Emerson Electric Co. or otherwise;

(3) It is further ORDERED that Plaintiffs shall not introduce or attempt to introduce Exhibit No. 5 on its Supplemental ("May Offer") List;

(4) It is further ORDERED that Plaintiffs' counsel shall be precluded from making any reference to Emerson Electric Co.'s income or "worth," or to financial information

- 2 -

aggregating the income or "worth" of any segment of companies owned by Emerson Electric Co., during his opening statement or closing argument.

BY THE COURT:

_____
Mark R. Hornak
United States District Judge

16544843.1