IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, on behalf of herself and all similarly situated individuals, ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 08-1730 |
| vs. ) ) ) | Judge Mark R. Hornak |
| CLOSETMAID CORPORATION, ) ) | *Electronically Filed* |
| Defendant. ) ) | |

## ORDER

AND NOW this _____ day of _____, 201__, upon consideration of Defendant's Motion *in limine* to Exclude Evidence and Argument Pertaining to Punitive Damages, and any response thereto, it is HEREBY ORDERED that:

(1) Defendant's Motion *in limine* to Exclude Evidence and Argument Pertaining to Punitive Damages is GRANTED;

(2) It is further ORDERED that Plaintiffs shall not introduce or attempt to introduce, through the testimony of any witness, or through any documentary records, any evidence of or make any references to, whether directly or indirectly, documents, argument and testimony pertaining to ClosetMaid's income or net worth or an award of punitive damages;

(3) It is further ORDERED that Plaintiffs' counsel shall be precluded from making any reference to ClosetMaid's income or net worth, from any request or demand for punitive damages, and from proffering a calculation for determining punitive damages.

- 2 -

BY THE COURT:

_____
Mark R. Hornak
United States District Judge

16545356.1