IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. CATHY REARDON | ) | |
| On behalf of herself and all | ) | |
| similarly situated individuals, | ) | No. 2:08-cv-001730-MRK |
| | ) | |
| Plaintiffs, | ) | Judge Mark R. Hornak |
| | ) | |
| v. | ) | *Electronically Filed* |
| | ) | |
| CLOSETMAID CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW this _____ day of _____, 201__, upon consideration of Defendant's Motion *in limine* to Exclude FTC Staff Opinion Letters, and any response thereto, it is HEREBY ORDERED that:

(1)    Defendant's Motion *in limine* to Exclude FTC Staff Opinion Letters is GRANTED;

(2)    It is further ORDERED that Plaintiff shall not introduce, or attempt to introduce, through any documentary record, any evidence of or make any references to, whether directly or indirectly, FTC Staff Opinion Letters or incorrect excerpts from other FTC publications; and

(3)    It is further ORDERED that Plaintiff's counsel shall be precluded from making any references to FTC Staff Opinion Letters during opening statement, closing argument or otherwise.

BY THE COURT:

_____
Mark R. Hornak
United States District Judge

16545835.1