IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, on behalf of herself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>CLOSETMAID CORPORATION,<br><br>Defendant. | Civil Action No. 08-1730<br><br>Judge Mark R. Hornak<br><br>*Electronically Filed* |

## ORDER

AND NOW this _____ day of _____, 201__, upon consideration of Defendant's Motion *in limine* to Exclude Evidence Pertaining to Class Members' Execution of One Form, and any response thereto, it is HEREBY ORDERED that:

(1) Defendant's Motion *in limine* to Exclude Evidence Pertaining to Class Members' Execution of One Form is GRANTED;

(2) It is further ORDERED that Plaintiffs shall not introduce or attempt to introduce, through the testimony of any witness, or through any documentary records, any evidence of or make any references to, whether directly or indirectly, documents, argument and the testimony pertaining to Disclosure Class members who executed one form; and

(3) It is further ORDERED that Plaintiffs' counsel shall be precluded from making any reference to the execution by Disclosure Class members of one form.

BY THE COURT:

_____
Mark R. Hornak
United States District Judge