UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| R. CATHY REARDON<br>On behalf of herself and all<br>similarly situated individuals, | )<br>)<br>)<br>) | |
| Plaintiffs, | ) | Civil Action No. 2:08-cv-1730MRK |
| v. | ) | |
| CLOSETMAID CORPORATION, | ) | Hon. Judge Mark R. Hornak |
| | ) | |
| Defendant. | ) | Class Action |

**PLAINTIFF'S MOTION IN LIMINE REGARDING WILLFULNESS**

Comes Now the Plaintiff, R. Cathy Reardon ("Reardon"), on behalf of herself and the class, and she moves in Limine to exclude the following evidence and argument regarding Plaintiff's proof that Defendant willfully violated the Fair Credit Reporting Act, as follows:

A.  Any evidence or argument that ClosetMaid undertook any action to discover whether its policies complied with the FCRA, or any similar defense to willfulness.

B.  Argument or evidence that (1) ClosetMaid did not willfully violate the FCRA because Third Party Reporting Agencies would not have sold its reports, or (2) Because it had subjective good faith and an intent to comply with the law.

C.  Argument or Evidence that Third Party *American Background* provided ClosetMaid the document disclosed as Defendant's Trial Exhibit D10(b).

D.  Argument that the FCRA is "Complex" or "Highly Technical."

E.  Argument that ClosetMaid negligently violated the FCRA.

Respectfully submitted,

By:   *s/ James M. Pietz*
      James M. Pietz
      Pa I.D. No. 55406
      Pietz Law Office LLC
      429 Forbes Ave., Suite 1710
      Pittsburgh, PA 15219
      412-288-4333
      E-mail: jpietz@jpietzlaw.com

      Leonard A. Bennett, Esq.
      Consumer Litigation Associates
      763 J. Clyde Morris Boulevard
      Suite 1-A
      Newport News, VA 23601
      (757) 930-3660
      E-mail: lenbennett@clalegal.com

      Christopher North. Esq.
      751-A Thimble Shoals Blvd.
      Newport News, VA  23606
      (757) 873-1010
      E-mail: cnorthlaw@aol.com

      *Counsel for the Representative And Class Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 27th day of November, 2013, I caused a true and correct copy of Plaintiff's Motion In Limine Regarding Willfulness be served by way of ECF Notification upon the following counsel of record for the Defendant:

W. Scott Hardy
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place, Suite 1900
Pittsburgh, PA 15222
E-mail:  scott.hardy@ogletreedeakins.com

Philip K. Kontul
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place, Suite 1900
Pittsburgh, PA 15222
E-mail:  Philip.kontul@ODNSS.com


                                              *s/ James M. Pietz*
                                              James M. Pietz
                                              Pa I.D. No. 55406
                                              Pietz Law Office LLC
                                              429 Forbes Ave., Suite 1710
                                              Pittsburgh, PA 15219
                                              412-288-4333
                                              E-mail:  jpietz@jpietzlaw.com