IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. CATHY REARDON, on behalf of herself and all similarly situated individuals, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 08-1730 |
| vs. | ) ) | Judge Mark R. Hornak |
| CLOSETMAID CORPORATION, | ) ) | *Electronically Filed* |
| Defendant. | ) ) ) | |

## ORDER

AND NOW this _____ day of _____, 201__, upon consideration of Defendant's Motion *in limine* to Exclude Subsequent Remedial Measures, and any response thereto, it is HEREBY ORDERED that:

(1)    Defendant's Motion *in limine* to Exclude Subsequent Remedial Measures is GRANTED;

(2)    It is further ORDERED that Plaintiffs shall not introduce or attempt to introduce, through the testimony of any witness, or through any documentary records, any evidence of or make any references to, whether directly or indirectly, documents, or argument in an attempt to prove that ClosetMaid's use of a new Disclosure & Authorization Form beginning on or about July 1, 2009 is evidence that its previously used forms were noncompliant with FCRA; and

(3)    It is further ORDERED that this Court shall INSTRUCT the jury that it cannot rely upon or otherwise infer that ClosetMaid's change to a different Authorization & Disclosure Form on July 1, 2009 is evidence that its previously used forms were noncompliant with FCRA.

- 2 -

BY THE COURT:

_____
Mark R. Hornak
United States District Judge

16546999.1