## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | | |
|---|---|---|
| **R. CATHY REARDON** | ) | |
| **On behalf of herself and all** | ) | |
| **similarly situated individuals,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No. 2:08-cv-1730MRK** |
| **v.** | ) | |
| **CLOSETMAID CORPORATION,** | ) | **Hon. Judge Mark R. Hornak** |
| | ) | |
| **Defendant.** | ) | **Class Action** |

### PLAINTIFF'S OMNIBUS MOTION *IN LIMINE*

The Plaintiff, R. Cathy Reardon, on behalf of herself and the class, moves *in limine* to preclude the Defendant ClosetMaid Corporation ("ClosetMaid") from offering evidence or argument at trial concerning the following matters:

1.      That because Ms. Reardon signed two different Disclosure forms, the forms were "clear and conspicuous" as required by the FCRA.  ClosetMaid should be precluded from arguing that one form signed by Ms. Reardon is a "disclosure" and the other is an "authorization."

2.      Any evidence or argument that Reardon or class members "knew" that a consumer report would be pulled.

3.      Any argument that Ms. Reardon or the Class have a burden or need to show any form of actual damages or concerning the fact that Plaintiff Reardon and the Class are not pursuing a claim for actual damages.

In support of this motion, Plaintiff submits the following Memorandum of Law, which is incorporated by reference herein.

Respectfully submitted,

By:    *s/ James M. Pietz*
          James M. Pietz
          Pa I.D. No. 55406
          Pietz Law Office LLC
          429 Forbes Ave., Suite 1710
          Pittsburgh, PA 15219
          412-288-4333
          E-mail:   jpietz@jpietzlaw.com

          Leonard A. Bennett, Esq.
          Consumer Litigation Associates
          763 J. Clyde Morris Boulevard
          Suite 1-A
          Newport News, VA 23601
          (757) 930-3660
          E-mail:   lenbennett@clalegal.com

          Christopher North. Esq.
          751-A Thimble Shoals Blvd.
          Newport News, VA  23606
          (757) 873-1010
          E-mail:   cnorthlaw@aol.com

          *Counsel for the Representative And*
          *Class Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 27th day of November, 2013, I caused a true and correct copy of Plaintiff's Omnibus Motion *In Limine* to be served by way of ECF Notification upon the following counsel of record for the Defendant:

W. Scott Hardy
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place, Suite 1900
Pittsburgh, PA 15222
E-mail:  scott.hardy@ogletreedeakins.com

Philip K. Kontul
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place, Suite 1900
Pittsburgh, PA 15222
E-mail:  Philip.kontul@ODNSS.com

*s/ James M. Pietz*
James M. Pietz
Pa I.D. No. 55406
Pietz Law Office LLC
429 Forbes Ave., Suite 1616
Pittsburgh, PA 15219
412-288-4333
E-mail:  jpietz@jpietzlaw.com