UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| R. CATHY REARDON<br>On behalf of herself and all<br>similarly situated individuals, | )<br>)<br>)<br>) | |
| Plaintiffs, | ) | Civil Action No. 2:08-cv-1730MRK |
| v. | ) | |
| CLOSETMAID CORPORATION, | )<br>) | Hon. Judge Mark R. Hornak |
| Defendant. | ) | Class Action |

## ORDER

AND NOW, on this _____ day of _____ 2013, upon consideration of Plaintiff's Omnibus Motion *In Limine* to preclude the Defendant ClosetMaid Corporation ("ClosetMaid") from offering evidence or argument at trial, and Defendant's response in opposition thereto, it is hereby ORDERED that the Motion is GRANTED.

Defendant ClosetMaid Corporation ("*ClosetMaid*") is precluded from offering any evidence or argument at trial that asks the jury to reconsider the following matters:

1.  That because Ms. Reardon signed two different Disclosure forms, the forms were "clear and conspicuous" as required by the FCRA.  ClosetMaid should be precluded from arguing that one form signed by Ms. Reardon is a "disclosure" and the other is an "authorization."

2.  Any evidence or argument that Reardon or class members "knew" that a consumer report would be pulled.

2

3. Any argument that Ms. Reardon or the Class have a burden or need to show any form of actual damages or concerning the fact that Plaintiff Reardon and the Class are not pursuing a claim for actual damages.

_____
**Hon. Judge Mark R. Hornak**

2