**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | | |
|---|---|---|
| **R. CATHY REARDON** | ) | |
| **On behalf of herself and all** | ) | |
| **similarly situated individuals,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No. 2:08-cv-1730MRK** |
| **v.** | ) | |
| **CLOSETMAID CORPORATION,** | ) | **Hon. Judge Mark R. Hornak** |
| | ) | |
| **Defendant.** | ) | **Class Action** |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE WITNESS TESTIMONY THAT IS NOT BASED ON PERSONAL KNOWLEDGE**

Pursuant to Federal Rules of Evidence 602 and 802, the Plaintiff, R. Cathy Reardon, on behalf of herself and the class, moves to exclude the testimony of all of the Defendant's witnesses to the extent that their knowledge is based upon a review of ClosetMaid's internal records and not on their own experience and personal knowledge.

Respectfully submitted,

By: *s/ James M. Pietz*

James M. Pietz
Pa I.D. No. 55406
Pietz Law Office LLC
429 Forbes Ave., Suite 1710
Pittsburgh, PA 15219
412-288-4333
E-mail: jpietz@jpietzlaw.com

Leonard A. Bennett, Esq.
Consumer Litigation Associates
763 J. Clyde Morris Boulevard
Suite 1-A
Newport News, VA 23601
(757) 930-3660
E-mail: lenbennett@clalegal.com

Christopher North. Esq.
751-A Thimble Shoals Blvd.
Newport News, VA 23606
(757) 873-1010
E-mail: cnorthlaw@aol.com

*Counsel for the Representative And Class Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 27th day of November, 2013, I caused a true and correct copy of Plaintiff's Motion *In Limine* to Exclude Witness Testimony Not Based on Personal Knowledge to be served by way of ECF Notification upon the following counsel of record for the Defendant:

W. Scott Hardy
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place, Suite 1900
Pittsburgh, PA 15222
E-mail: scott.hardy@ogletreedeakins.com

Philip K. Kontul
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place, Suite 1900
Pittsburgh, PA 15222
E-mail: Philip.kontul@ODNSS.com

*s/ James M. Pietz*

James M. Pietz
Pa I.D. No. 55406
Pietz Law Office LLC
429 Forbes Ave., Suite 1710
Pittsburgh, PA 15219
412-288-4333
E-mail: jpietz@jpietzlaw.com