UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| R. CATHY REARDON ) | | |
| On behalf of herself and all ) | | |
| similarly situated individuals, ) | | |
| ) | | |
| Plaintiffs, ) | Civil Action No. 2:08-cv-1730MRK | |
| v. ) | | |
| CLOSETMAID CORPORATION, ) | Hon. Judge Mark R. Hornak | |
| ) | | |
| Defendant. ) | Class Action | |

# ORDER

AND NOW, on this _____ day of _____ 2013, upon consideration of Plaintiff's Motion *In Limine* to exclude the Defendant's witnesses testimony not based on personal knowledge, it is hereby ORDERED that the Motion is GRANTED.

_____
**Hon. Judge Mark R. Hornak**