UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| R. CATHY REARDON | ) | |
| On behalf of herself and all | ) | |
| similarly situated individuals, | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 2:08cv1730MRH |
| v. | ) | |
| CLOSETMAID CORPORATION | ) | Hon. Judge Mark R. Hornak |
| | ) | |
| Defendants. | ) | |

## (proposed) ORDER

AND NOW, this _____ day of _____, 2013, upon consideration of Plaintiff's Motion To Permit Pre-Trial *Voir Dire* of ClosetMaid Witnesses As To Their Personal Knowledge, it is hereby ORDERED that Plaintiff's Motion is granted and the Parties are directed to meet and confer on a proposed plan to schedule and establish procedures to be used to implement this order.

_____
Hon. Judge Hornak