IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, *on behalf of herself and all similarly situated individuals*,<br><br>           Plaintiff,<br><br>     v.<br><br>CLOSETMAID CORPORATION,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 2:08-cv-01730<br><br>Judge Mark R. Hornak<br><br>***Electronically Filed*** |

**JOINT MOTION TO ENLARGE CERTAIN DEADLINES
IN THE DECEMBER 6, 2013 CASE MANAGEMENT ORDER
AND CERTAIN OTHER COURT-IMPOSED DEADLINES**

Defendant, by its undersigned counsel, along with the Representative Plaintiff, by her counsel, hereby jointly move for enlargement of certain deadlines contained in the Court's December 6, 2013 Case Management Order and Certain Other Court-Imposed Deadlines. In support, the parties state as follows:

1. On November 13, 2013, the Court entered a Final Pre-Trial Order that scheduled a number of pre-trial matters culminating in a trial scheduled for January 6, 2014. (Doc. 137). Certain deadlines contained in this Final Pre-Trial Order were extended until noon on December 13, 2013 pursuant to the Court's December 6, 2013 Case Management Order. Certain other deadlines have been set for December 16, 2013.

2. The Court's December 6, 2013 Case Management Order states that "[i]f the parties desire to modify anything else in the Final Pre-Trial Order, they shall notify the court by December 13, 2013, before 12:00 p.m."

3. Counsel for the parties have been working and continue working diligently and collaboratively to narrow the issues remaining to be resolved before trial and to complete all

-2-

required items for submission by the Court's deadlines. Included among the items remaining to be filed are:

    a. A list of remaining members of the Disclosure Class and Pre-Adverse Action Sub-Class;

    b. The Parties' Joint Exhibit List Chart, which will by its nature, include the parties' respective Fed.R.Evid. No. 1006 summary exhibits of files pertaining to the Disclosure Class and Pre-Adverse Action Sub-Class;

    c. A response to Plaintiffs' Motion In Limine Regarding Admitted or Uncontested Facts (Doc. 148); and

    d. Designations of excerpts from depositions, interrogatory and other discovery answers to be offered at trial.

4. In the interest of efficiency and economy, the Parties respectfully request that the Court authorize the enlargement of time for the parties to complete the following:

    a. Submission of a list of remaining members of the Disclosure Class and Pre-Adverse Action Sub-Class;

    b. Exchange of final Fed.R.Evid. No. 1006 summary exhibits of files pertaining to the Disclosure Class and Pre-Adverse Action Sub-Class and the filing of any potential joint stipulations derived therefrom;

    c. Filing of Defendant's response to Plaintiffs' Motion In Limine Regarding Admitted or Uncontested Facts (Doc. 148) and any potential joint stipulations derived therefrom;

    d. Submission of designations of excerpts from depositions, interrogatory and other discovery answers to be offered at trial.

5. The Parties propose enlarging the deadline for completing the foregoing matters to Friday, December 20, 2013.

6. Plaintiffs' Consent to the filing of this Joint Motion.

Therefore, the Parties respectfully request an Order enlarging certain deadlines from December 13, 2013 to December 20, 2013, and grant the relief requested in the proposed Order attached hereto.

        Respectfully submitted,

        **OGLETREE, DEAKINS, NASH,
         SMOAK & STEWART, P.C.**

        /s/ W. Scott Hardy
        W. Scott Hardy, Esq.
        PA I.D. No. 79225
        scott.hardy@ogletreedeakins.com

        Philip K. Kontul, Esq.
        PA I.D. No. 94156
        philip.kontul@ogletreedeakins.com

        One PPG Place, Suite 1900
        Pittsburgh, PA  15222-1237
        Telephone: (412) 394-3333
        Facsimile: (412) 232-1799

        Counsel for ClosetMaid Corporation

Dated:  December 12, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing JOINT MOTION TO ENLARGE CERTAIN DEADLINES IN THE DECEMBER 6, 2013 CASE MANAGEMENT ORDER AND CERTAIN OTHER COURT-IMPOSED DEADLINES was filed electronically on December 12, 2013.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

 /s/ W. Scott Hardy
_____
Counsel for Defendants

16655188.1