**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. CATHY REARDON, *on behalf of herself and all similarly situated individuals*, | ) ) ) | No. 2:08-cv-01730 |
| | ) | |
| Plaintiff, | ) | Judge Mark R.  Hornak |
| | ) | |
| v. | ) | ***Electronically Filed*** |
| | ) | |
| CLOSETMAID CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

AND NOW, this ___ day of December, 2013, upon consideration of the parties Joint Motion to Enlarge Certain Deadlines in the December 6, 2013 Case Management Order and Certain Other Court-Imposed Deadlines, it is hereby ORDERED that the parties Joint Motion is granted and Court's prior Orders are hereby modified so that the Parties shall complete the following items by December 20, 2013:

a. Submission of a list of remaining members of the Disclosure Class and Pre-Adverse Action Sub-Class;

b. Exchange of final Fed.R.Evid. No. 1006 summary exhibits of files pertaining to the Disclosure Class and Pre-Adverse Action Sub-Class and the filing of any potential joint stipulations derived therefrom;

c. Filing of Defendant's response to Plaintiffs' Motion In Limine Regarding Admitted or Uncontested Facts (Doc. 148) and any potential joint stipulations derived therefrom;

d. Submission of designations of excerpts from depositions, interrogatory and other discovery answers to be offered at trial.

It is so ORDERED:

_____
Hon. Judge Mark R. Hornak