**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. CATHY REARDON, *on behalf of herself and all similarly situated individuals*, | ) ) ) | No. 2:08-cv-01730 |
| | ) | Judge Mark R. Hornak |
| Plaintiff, | ) ) | *Electronically Filed* |
| v. | ) ) | |
| CLOSETMAID CORPORATION, | ) ) | |
| Defendant. | ) | |

DEFENDANT'S WITHDRAWAL OF CERTAIN MOTIONS IN LIMINE

Defendant ClosetMaid Corporation ("ClosetMaid"), by and through its undersigned attorneys, and in accordance with the Court's December 6, 2013 Order, files the within Withdrawal of Certain Motions In Limine.

ClosetMaid hereby withdraws the following previously filed motions in limine:

1.    Defendant's Motion In Limine To Exclude Evidence of Actual Damages Including the Purported "Impact" of ClosetMaid's Alleged Noncompliance on Class Representative Reardon (Doc. 140).

2.    Defendant's Motion In Limine To Exclude Evidence Pertaining to Class Members' Execution of One Form (Doc. 144).

3.    Defendant's Motion In Limine To Exclude Evidence And Argument Regarding Investigative Consumer Reports (Doc. 145).

4.    Defendant's Motion In Limine To Exclude Subsequent Remedial Measures (Doc. 152).

-2-

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ W. Scott Hardy
W. Scott Hardy, Esq.
PA I.D. No. 79225
scott.hardy@ogletreedeakins.com

Philip K. Kontul, Esq.
PA I.D. No. 94156
philip.kontul@ogletreedeakins.com

One PPG Place, Suite 1900
Pittsburgh, PA  15222-1237
Telephone: (412) 394-3333
Facsimile: (412) 232-1799

Counsel for ClosetMaid Corporation

Dated:  December 12, 2013

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANT'S WITHDRAWAL OF CERTAIN MOTIONS IN LIMINE was filed electronically on December 12, 2013.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ W. Scott Hardy

_____

Counsel for Defendants