IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

R. CATHY REARDON,

    Plaintiff,                                   08cv1730

                                           **ELECTRONICALLY FILED**

    v.

CLOSETMAID CORPORATION,

    Defendant.

## **NOTICE**

Please see the information below that will be required to participate in the Telephonic Status Conference scheduled for 12/13/2013 at 4:15 PM:

**Dial in phone number: 888-363-4749**

**Access Code: 2539689**