UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| R. CATHY REARDON<br>On behalf of herself and all<br>similarly situated individuals, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| | ) | NO. 2:08cv1730GLL |
| v. | ) | |
| CLOSETMAID CORPORATION | )<br>) | Hon. Chief Judge Gary<br>Lancaster |
| | )<br>) | Class Action |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO WITHDRAW MOTION *IN LIMINE* TO BAR THE RELITIGATION OF CLASS CERTIFICATION**

The Representative Plaintiff, by her undersigned counsel, hereby moves to withdraw the November 27, 2013 Motion *In Limine* To Bar Relitigation Of Class Certification. (ECF # 147). In support, Plaintiffs state as follows:

1. In light of this Court's December 2, 2013 Opinion and Order, Plaintiff has determined to withdraw this motion.

2. Defendant consents to the withdrawal of the motion.

3. Accordingly, Plaintiffs hereby request that the Motion (ECF #147) be withdrawn.

Wherefore, it is respectfully requested that this Court enter the proposed Order attached hereto.

December 13, 2013          Respectfully submitted,

R. CATHY REARDON,
For herself and on behalf of
all similarly situated
individuals**.**

1

    s/ James M. Pietz
James M. Pietz
PIETZ LAW OFFICE LLC
429 Forbes Avenue, Suite 1616
Allegheny Building
Pittsburgh, PA 15219
412-288-4333
jpietz@jpietzlaw.com

Leonard A. Bennett
763 J. Clyde Morris Boulevard
Suite 1-A
Newport News, VA 23601
757-930-3660
lenbennett@clalegal.com

Christopher Colt North
The Consumer & Employee Rights Law Firm
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
757- 873-1010