UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| R. CATHY REARDON | ) | |
| On behalf of herself and all | ) | |
| similarly situated individuals, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2:08-cv-1730MRH |
| v. | ) | |
| CLOSETMAID CORPORATION, | ) | Hon. Judge Mark R. Hornak |
| | ) | |
| Defendant. | ) | Class Action |

## ORDER

AND NOW, on this _____ day of _____ 2013, upon consideration of Plaintiff's To Withdraw The Motion *In Limine* to bar the Relitigation of Class Certification, it is hereby ORDERED that the Motion is GRANTED.

_____
**Hon. Judge Mark R. Hornak**