**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | | |
|---|---|---|
| **R. CATHY REARDON** | ) | |
| **On behalf of herself and all** | ) | |
| **similarly situated individuals,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **NO. 2:08cv1730GLL** |
| **v.** | ) | |
| **CLOSETMAID CORPORATION** | ) | **Hon. Chief Judge Gary** |
| | ) | **Lancaster** |
| | ) | |
| | ) | **Class Action** |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFFS' MOTION TO WITHDRAW MOTION *IN LIMINE* TO BAR THE RELITIGATION OF CLASS CERTIFICATION

The Representative Plaintiff, by her undersigned counsel, hereby moves to withdraw the November 27, 2013 Motion *In Limine* To Bar Relitigation Of Class Certification. (ECF # 147). In support, Plaintiffs state as follows:

1.      In light of this Court's December 2, 2013 Opinion and Order, Plaintiff has determined to withdraw this motion.

2.      Defendant consents to the withdrawal of the motion.

3.      Accordingly, Plaintiffs hereby request that the Motion (ECF #147) be withdrawn.

Wherefore, it is respectfully requested that this Court enter the proposed Order attached hereto.

December 13, 2013                     Respectfully submitted,

                                     R. CATHY REARDON,
                                     For herself and on behalf of
                                     all    similarly    situated
                                     individuals.

   s/ James M. Pietz
James M. Pietz
PIETZ LAW OFFICE LLC
429 Forbes Avenue, Suite 1616
Allegheny Building
Pittsburgh, PA 15219
412-288-4333
jpietz@jpietzlaw.com


Leonard A. Bennett
763 J. Clyde Morris Boulevard
Suite 1-A
Newport News, VA 23601
757-930-3660
lenbennett@clalegal.com

Christopher Colt North
The Consumer & Employee Rights Law
Firm
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
757- 873-1010