IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. CATHY REARDON, on behalf of herself and all similarly situated individuals,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>CLOSETMAID CORPORATION,  )<br>)<br>Defendant.  ) | Civil Action No. 08-1730<br><br>Judge Mark R. Hornak<br><br>*Electronically Filed* |

## ORDER

AND NOW this _____ day of _____, 201__, upon consideration of Defendant's Motion to Sever Claims, and any response thereto, it is HEREBY ORDERED that Defendant's Motion is GRANTED. The claims of the Disclosure Class are hereby severed from those of the Pre-Adverse Action Sub-Class and the claims of both classes are severed from Plaintiff Reardon's individual claim. Three different juries shall be empaneled to decide the three distinct sets of claims.

BY THE COURT:

_____
Mark R. Hornak
United States District Judge