# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | | |
|---|---|---|
| R. CATHY REARDON<br>On behalf of herself and all<br>similarly situated individuals, | )<br>)<br>)<br>) | |
| Plaintiffs, | ) | NO. 2:08cv1730 MRH |
| v. | ) | |
| CLOSETMAID CORPORATION | ) | Hon. Judge Mark R. Hornak |
| | ) | |
| Defendant. | ) | **Class Action** |

## JOINT PROPOSED JURY INSTRUCTIONS

Come now, the Plaintiff R. Cathy Reardon, on behalf of herself and all similarly situated individuals, and Defendant ClosetMaid Corporation, jointly, and submit their Proposed Jury Instructions. The parties have been working diligently to agree on joint proposed instructions, and at this time are filing as exhibits attached hereto the Plaintiff's Proposed Points for Charge (Ex. A) and Defendant's Proposed Jury Instructions (Ex. B). The parties continue to work diligently together to reduce these instructions by identifying overlap and resolving objections today through Monday, December 16, 2013.

Respectfully submitted,

By:   *s/ James M. Pietz*
      James M. Pietz
      Pa I.D. No. 55406
      Pietz Law Office LLC
      429 Forbes Ave., Suite 1710
      Pittsburgh, PA 15219
      412-288-4333
      E-mail:  jpietz@jpietzlaw.com

      Leonard A. Bennett, Esq.
      Consumer Litigation Associates
      763 J. Clyde Morris Boulevard

Suite 1-A
Newport News, VA 23601
(757) 930-3660
E-mail:  lenbennett@clalegal.com

Christopher North. Esq.
751-A Thimble Shoals Blvd.
Newport News, VA  23606
(757) 873-1010
E-mail:  cnorthlaw@aol.com

*Counsel for the Representative And Class Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on this 13th day of December, 2013, I caused a true and correct copy of Plaintiff's Opposition to Defendant's Motion *In Limine* to Exclude Evidence of Punitive Damages to be served by way of ECF Notification upon the following counsel of record for the Defendant:

W. Scott Hardy
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place, Suite 1900
Pittsburgh, PA 15222
E-mail: scott.hardy@ogletreedeakins.com

Philip K. Kontul
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place, Suite 1900
Pittsburgh, PA 15222
E-mail: Philip.kontul@ODNSS.com

               *s/ James M. Pietz*
               James M. Pietz
               Pa I.D. No. 55406
               Pietz Law Office LLC
               429 Forbes Ave., Suite 1710
               Pittsburgh, PA 15219
               412-288-4333
               E-mail: jpietz@jpietzlaw.com