UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| R. CATHY REARDON ) | | |
| On behalf of herself and all ) | | |
| similarly situated individuals, ) | | |
| ) | | |
| Plaintiffs, ) | NO. 2:08cv1730 MRH | |
| v. ) | | |
| CLOSETMAID CORPORATION ) | Hon. Judge Mark R. Hornak | |
| ) | | |
| Defendant. ) | **Class Action** | |

**JOINT PROPOSED VERDICT FORMS**

Come now, the Plaintiff R. Cathy Reardon, on behalf of herself and all similarly situated individuals, and Defendant ClosetMaid Corporation, jointly, and submit their Proposed Verdict Forms. The parties have been working diligently to agree on a joint proposed verdict form, and at this time are filing as exhibits attached hereto the Plaintiff's Proposed Verdict Form (Ex. A) and Defendant's Proposed Verdict Form (Ex. B). The parties continue to work diligently together to reduce these two forms into one suitable form and will do continue to work together through the weekend to this end.

Respectfully submitted,

By: ___s/ James M. Pietz___
James M. Pietz
Pa I.D. No. 55406
Pietz Law Office LLC
429 Forbes Ave., Suite 1710
Pittsburgh, PA 15219
412-288-4333
E-mail: jpietz@jpietzlaw.com

Leonard A. Bennett, Esq.
Consumer Litigation Associates
763 J. Clyde Morris Boulevard

Suite 1-A
Newport News, VA 23601
(757) 930-3660
E-mail:  lenbennett@clalegal.com

Christopher North. Esq.
751-A Thimble Shoals Blvd.
Newport News, VA  23606
(757) 873-1010
E-mail:  cnorthlaw@aol.com

*Counsel for the Representative And Class Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 13th day of December, 2013, I caused a true and correct copy of the foregoing to be served by way of ECF Notification upon the following counsel of record for the Defendant:

W. Scott Hardy
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place, Suite 1900
Pittsburgh, PA 15222
E-mail:  scott.hardy@ogletreedeakins.com

Philip K. Kontul
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place, Suite 1900
Pittsburgh, PA 15222
E-mail:  Philip.kontul@ODNSS.com

*s/ James M. Pietz*
James M. Pietz
Pa I.D. No. 55406
Pietz Law Office LLC
429 Forbes Ave., Suite 1710
Pittsburgh, PA 15219
412-288-4333
E-mail:  jpietz@jpietzlaw.com