**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

R. CATHY REARDON
On behalf of herself and all
similarly situated individuals,

|  |  |  |
|---|---|---|
| Plaintiffs, | | NO. 2:08cv1730 MRH |
| v. | | |
| CLOSETMAID CORPORATION | | Hon. Judge Mark R. Hornak |
| Defendant**.** | | **Class Action** |

PLAINTIFF'S PROPOSED JURY VERDICT FORM

      Plaintiff, R. CATHY REARDON,  by and through her undersigned attorneys, and in accordance with the Court's December 6, 2013 Order, files the within Proposed Verdict Slip.

      We, the jury, being duly impaneled and sworn to try the above-entitled case, do find our verdict as follows:

A.    DISCLOSURE CLASS

The Court has determined that defendants willfully violated the Fair Credit Reporting Act Disclosure requirements.

1.    What is the amount of statutory damages per Disclosure class member that you award?
[SUCH STATUTORY DAMAGES PER CLASS MEMBER MUST BE NO LESS THAN $100 AND NO MORE THAN $1,000]

    $_____

2.    What is the amount of punitive damages per Disclosure class member you award?

    $_____

B.      PRE-ADVERSE ACTION CLASS

The Court has determined that defendants willfully violated the Fair Credit Reporting Act
Pre-Adverse Action requirements.

1.      What is the amount of statutory damages per Pre-Adverse Action class member
that you award?

[SUCH STATUTORY DAMAGES PER CLASS MEMBER MUST BE NO LESS
THAN $100 AND NO MORE THAN $1,000]

            $_____

2.      What is the amount of punitive damages per Pre-Adverse Action class member
you award?

            $_____

**ALTERNATE**

B.      PRE-ADVERSE ACTION CLASS

The Court has determined that defendants willfully violated the Fair Credit Reporting Act
Pre-Adverse Action requirements for each Pre-Adverse Action class member regarding
who ClosetMaid used a consumer report in whole or in part in making an adverse
employment action.

1.      Did ClosetMaid use the consumer report of this Pre-Adverse Action class member
in whole or in part in making an adverse employment action?

CLASS MEMBER NAMES             Yes _____     No _____
  1-50

2.      If you selected "YES" for one or more Pre-Adverse Action class members, what
is the amount of statutory damages per Pre-Adverse Action class member that you
award?

[SUCH STATUTORY DAMAGES PER CLASS MEMBER MUST BE NO LESS THAN $100 AND NO MORE THAN $1,000]

$_____

3.      What is the amount of punitive damages per Pre-Adverse Action class member you award?

$_____


Respectfully submitted,


By:  ____/s/ James M. Pietz_____
        James M. Pietz
        Pa I.D. No. 55406
        Pietz Law Office LLC
        429 Forbes Ave., Suite 1616
        Pittsburgh, PA 15219
        412-288-4333
        E-mail:  jpietz@jpietzlaw.com

        Leonard A. Bennett, Esq.
        Consumer Litigation Associates
        763 J. Clyde Morris Boulevard
        Suite 1-A
        Newport News, VA 23601
        (757) 930-3660
        E-mail:  lenbennett@clalegal.com

        Christopher North. Esq.
        751-A Thimble Shoals Blvd.
        Newport News, VA  23606
        (757) 873-1010
        E-mail:  cnorthlaw@aol.com

        Counsel for the Representative And
            Class Plaintiff